UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DARLA S. COTTRELL, | ) | CASE NO. 1:07CV2435 |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) | |
| EXEL INC., | ) | ORDER |
| Defendant. | ) | |

The parties have informed the Court of their desire to stay proceedings in the above-captioned case pending adjudication of related and parallel claims in the Portage County Court of Common Pleas. Therefore, it is not necessary the action remain on the calendar of the Court.

IT IS ORDERED this action is closed. The Court shall retain jurisdiction to reopen the action upon written notification from the parties that the action should be restored to the active docket; or to dismiss the action if the issues have been fully resolved in state court.

IT IS SO ORDERED.

10/26/07
Date

CHRISTOPHER A. BOYKO
United States District Judge

FILED
OCT 26 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND